# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **TENNESSEE RIVERKEEPER, INC.**    )  | |
| )  | |
| **Plaintiff,**    )  | |
| )  | |
| **v.**    )  | **Civil Action Number** |
| )  | |
| **3M COMPANY, et al.**    )  | |
| )  | |
| **Defendant.**    )  | |

### REQUEST FOR SERVICE BY
### CERTIFIED MAIL

Please serve the defendant(s) **3M COMPANY; BFI WASTE SYSTEMS OF ALABAMA, LLC; CITY OF DECATUR, ALABAMA; and MUNICIPAL UTILITIES BOARD OF DECATUR, MORGAN COUNTY, ALABAMA**

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

/s/ Mark E. Martin
Mark E. Martin
P.O. Box 1486
Oneonta, AL 35121
(205) 516-9350
mmartin@markemartin.com