UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY; BFI WASTE SYSTEMS OF ALABAMA, LLC; CITY OF DECATUR, ALABAMA; MUNICIPAL UTILITIES BOARD OF DECATUR, MORGAN COUNTY, ALABAMA; and JOHN DOES 1-10<br><br>Defendants. | Case No. CV-16-HGD-1029-NE |

## DEFENDANT 3M COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant 3M Company ("3M") states as follows: 3M Company is a publicly traded company, and no parent corporation or any publicly-held corporation owns 10 percent or more of its stock.

                                       s/ William S. Cox, III
                                       Harlan I. Prater, IV
                                       William S. Cox III

LIGHTFOOT, FRANKLIN
 & WHITE, L.L.C.
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

**COUNSEL FOR 3M COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark E. Martin, Esq.
P.O. Box 1486
Oneonta, AL 35121
(205) 516-9350
mmartin@markemartin.com

Derek Fanciullo, Esq.
Admission Requested Pro Hac Vice
Matsikoudis & Fanciullo, LLC
270 Marin Boulevard
Jersey City, NJ 07302
dfanciullo@mf-legal.com

John W. Scott, Esq.
Joshua S. Thompson
Scott Dukes & Geisler, P.C.
211 Twenty Second Street North
Birmingham, AL 35203
205-251-2300
jscott@scottdukeslaw.com
jthompson@scottdukeslaw.com

William E. Shinn, Jr., Esq.
Barnes F. Lovelace, Jr., Esq.
David W. Langston, Esq.
Harris, Caddell & Shanks, P.C.
P.O. Box 2688

Decatur, AL  35602-2688
256-340-8041
bshinn@harriscaddell.com
blovelace@harriscaddell.com
dlangston@harriscaddell.com

s/ William S. Cox, III
Of Counsel
