# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

TENNESSEE RIVERKEEPER, INC.,

   *Plaintiff,*

vs.

3M COMPANY, et al.,

   *Defendants.*

Civil Action No. CV-16-HGD-1029-NE

## DEFENDANT BFI WASTE SYSTEMS OF ALABAMA, LLC'S MOTION TO DISMISS

Defendant BFI Waste Systems of Alabama, LLC ("BFI") moves the Court, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss the Tennessee Riverkeeper's claims alleging that BFI's leachate discharges and receipt of certain sludge wastes each constitute an imminent and substantial endangerment under the Resource Conservation and Recovery Act ("RCRA"). In support of its motion, BFI states the following:

1.    The Court lacks subject matter jurisdiction over the Riverkeeper's RCRA claims because they are a collateral attack on a valid RCRA permit, and the Court must dismiss the Riverkeeper's claim regarding BFI's leachate discharges because the Riverkeeper has failed to state a claim for which relief can be granted.

2. The Riverkeeper seeks to enjoin BFI under RCRA § 7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B), from accepting waste containing perfluorinated compounds ("PFC's") at the Morris Farm Landfill (the "Landfill") in Hillsboro, Alabama and from discharging leachate from the Landfill containing PFC's to the Dry Creek Waste Water Treatment Plant ("WWTP") in Decatur, Alabama.

3. BFI operates the Landfill and discharges its leachate in accordance with permits issued by the Alabama Department of Environmental Management.

4. BFI's permits are public records. The Court may consider them in determining whether it has subject matter jurisdiction over the Riverkeeper's claims and may take judicial notice of them in deciding whether the Riverkeeper has stated a claim for which relief can be granted.

5. BFI's Solid Waste Disposal Facility Permit is a RCRA permit that authorizes the Landfill to accept non-hazardous waste, including waste containing PFC's, and directs BFI to collect and dispose of leachate from the landfill at a wastewater treatment plant.

6. The Riverkeeper's claims are an improper collateral attack on a valid RCRA permit because the Riverkeeper seeks to enjoin activities that are specifically authorized under the Solid Waste Disposal Facility Permit.

7. BFI's State Indirect Discharge Permit is a Clean Water Act permit that allows BFI to send leachate from the Landfill to the Dry Creek WWTP and specifically permits BFI to discharge leachate containing PFC's.

8. The Riverkeeper cannot assert a claim for relief under RCRA based on the Landfill's leachate discharges because those discharges are regulated under the Clean Water Act and not RCRA.

**WHEREFORE**, for the reasons stated herein and in BFI's Memorandum in Support of Its Motion to Dismiss, BFI respectfully requests that the Court dismiss the Riverkeeper's RCRA claims with regard to alleged receipt of certain sludge wastes and leachate discharge, with prejudice.

DATED: July 29, 2016

                                                                                                        Respectfully submitted,

                                                                                                        */s/ John W. Scott*
                                                                                                         John W. Scott
                                                                                                         Joshua S. Thompson
                                                                                                         Counsel for Defendant BFI Waste Systems of Alabama, LLC

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
211 Twenty Second Street North
Birmingham, Alabama 35203
Telephone:  (205) 251-2300
Facsimile:  (205) 251-6773
Email:  jscott@scottdukeslaw.com
                jthompson@scottdukeslaw.com


*Pro hac motions to be filed:*

William G. Beck, Esq.
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone:  (816) 292-2000
Facsimile:  (816) 292-2001
Email:  wbeck@lathropgage.com

Andrew L. Schulkin, Esq.
LATHROP & GAGE LLP
155 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  (312) 920-3300
Facsimile:  (312) 920-3301
Email:  aschulkin@lathropgage.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2016, I served a copy of the foregoing upon all parties by electronic filing through the CM/ECF system or by U.S. Mail, first class postage pre-paid, as follows:

Mark E. Martin, Esq.
MARK E. MARTIN LLC
P.O. Box 1486
Oneonta, Alabama 35121

William C. Matsikoudis, Esq.
Derek Scott Fanciullo, Esq.
MATSIKOUDIS & FANCIULLO, LLC
270 Marin Boulevard
Jersey City, New Jersey 07302

Harlan I. Prater, IV
William S. Cox
M. Christian King
LIGHTFOOT, FRANKLIN & WHITE
400 20th Street North
Birmingham, Alabama 35203

Barnes F. Lovelace, Jr.
David W. Langston
HARRIS, CADDELL & SHANKS, P.C.
214 Johnston Street, S.E.
Decatur, Alabama 35601

*/s/ John W. Scott*
An Attorney for Defendant BFI Waste Systems of Alabama, LLC