FILED
2021 Sep-16 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TENNESSSEE RIVERKEEPER, INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| | ) Case No.: 5:16-cv-1029-LCB |
| v. | ) ) |
| **3M COMPANY,** *et al.*, | ) ) |
| Defendants. | |

## ORDER

By agreement of the parties, the stay in this matter is extended to November 1, 2021. If the parties do not file a stipulation of dismissal by that date, the Court will set a scheduling conference.

**DONE** and **ORDERED** September 16, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE